

In The
Court of Appeals
Seventh District of Texas at Amarillo

No. 07-22-00159-CV

IN RE LONNIE KADE WELSH, RELATOR

ORIGINAL PROCEEDING

June 28, 2022

MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Relator Lonnie Kade Welsh, proceeding pro se, filed a petition for writ of mandamus without paying the requisite filing fee. By letter of May 26, 2022, the Clerk of this Court notified Welsh that the filing fee was overdue and that unless he was excused from paying court costs under Rule of Appellate Procedure 20.1, failure to pay the filing fee by June 6 would result in dismissal of this original proceeding. To date, Welsh has not paid the filing fee nor sought leave to proceed without payment of court costs.

Because Welsh has failed to comply with a requirement of the appellate rules and a notice from the Clerk requiring action within a specified time, we dismiss this original proceeding. *See* TEX. R. APP. P. 42.3(c).

Per Curiam